legally sufficient to establish a prima facie case, including all the elements of the crime, and reasonable cause to believe that the accused committed the offense to be charged" (*People v Jensen*, 86 NY2d 248, 251-252). Based upon the expert medical testimony and the nature of the wound, we conclude that the evidence is legally sufficient to establish that the injury sustained by the victim was caused by a dangerous instrument (*see, People v Wade*, 274 AD2d 438, 439, *lv denied* 95 NY2d 939; *People v Wilson*, 240 AD2d 774, 775, *lv denied* 90 NY2d 899; *People v Vincent*, 231 AD2d 444, 445, *lv denied* 89 NY2d 931). We therefore reverse the order, deny defendant's motion, reinstate the indictment and remit the matter to Monroe County Court for further proceedings on the indictment. (Appeal from Order of Monroe County Court, Bellini, J.—Reduce Count Indictment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ In the Matter of JASON J. PRAGLE, Appellant, v DAWN M. LORAN, Respondent. [732 NYS2d 191] —Order unanimously affirmed without costs for reasons stated in decision at Ontario County Family Court, Doran, J. (Appeal from Order of Ontario County Family Court, Doran, J.—Custody.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ ASSURANCE COMPANY OF AMERICA, Respondent, v AMERICAN AND FOREIGN INSURANCE COMPANY, Appellant, et al., Defendants. (Appeal No. 1.) [732 NYS2d 191] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, NeMoyer, J. (Appeal from Order of Supreme Court, Erie County, NeMoyer, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ ASSURANCE COMPANY OF AMERICA, Respondent, v AMERICAN AND FOREIGN INSURANCE COMPANY, Appellant, et al., Defendants. (Appeal No. 2.) [732 NYS2d 195] —Appeal from order and judgment insofar as it denied reargument unanimously dismissed (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984) and order and judgment affirmed with costs. (Appeal from Order and Judgment of Supreme Court, Erie County, NeMoyer, J.—Reargument.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ TYRONE L. MADISON, Respondent, v SPANCRETE MACHINE CORPORATION, Defendant and Third-Party Plaintiff-Respondent. OLD CASTLE PRE-CAST, INC., Formerly Known as SPANCRETE NORTHEAST, INC., Third-Party Defendant-Appellant. (Appeal No. 1.) [732 NYS2d 301] —Order unanimously reversed on